**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 15-2625-DOC                                                               Date: July 17, 2015

Title:  IN RE CHIN KUN AN, DEBTOR

---

PRESENT:  The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Goltz | None |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANT:
            None Present                                                                    None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DIMISSED FOR LACK OF PROSECUTION**

---

     The Court, on its own motion, hereby orders Appellant(s) to show cause in writing no later than **July 31, 2015** why this action should not be dismissed for lack of prosecution.  As an alternative to a written response by Appellant(s), the Court will accept the following as an appropriate response to this OSC if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently:

- **Certificate of Readiness from the Bankruptcy Court**

   Appellant(s) have the responsibility to respond promptly to orders and to prosecute the action diligently, including filing the designation of record, statement of issues on appeal and notice regarding the ordering of transcripts with the Bankruptcy Court.

   No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

 

                                                                                                                     :    00
                                                            Initials of Clerk         djg